# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY97 | 9793911 | Greulich | 908 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 4/27/2023  930
Offense Charged: ☐ CFR ☐ USC ☐ State Code
MTA 13 411 D

Place of Offense: N/B BW N0 198

Offense Description: Factual Basis for Charge    HAZMAT ☐
Expired tags

### DEFENDANT INFORMATION
Last Name: Miljkovic   First: Anko

Tag No: 2BL7411  State: MD  Year: 14  Make/Model: Honda Civic  Color: Brown

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 55  Forfeiture Amount
+ $30 Processing Fee
$ 85  Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: BA
Time: 9A

X Defendant Signature
Original - CVB Copy

*9793911*

CVB SCAN 06/28/2023 16:36

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____  _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/28/2023 16:36